| | FILED |
|---|---|
| Submit this form by e-mail to: <br><br> CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. <br> CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. <br> CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | 2022 NOV -4  AM 9: 49 <br><br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF <br> LOS ANGELES <br> BY: ____Vav____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA <br> V. <br> PLAINTIFF <br><br> VIOREL PRICOP <br><br> USMS# 69598-066            DEFENDANT | CASE NUMBER: 22-MJ-644 <br><br> REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/04/2022 at 0700 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 844: ARSON

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1958

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: E.FLORES  (please print)

12. Office Phone Number: 213-620-8395

13. Agency: USMS

14. Signature: _[signature]_

15. Date: 11/04/2022

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION